McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
GINA SHIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile:  (415) 744-0134
    E-Mail: Gina.Shin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHANNON M. DEAN, | CIVIL NO. 2:07-CV-00529-DAD |
|     Plaintiff, | |
|        v. | STIPULATION AND ORDER OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff a new decision.

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to clarify whether arachnoiditis is a severe impairment, further evaluate the medical opinions, and reassess whether Plaintiff met or equaled the

/////

/////

Listings, particularly Section 1.04(B) for arachnoiditis. If necessary, the ALJ may obtain the services of a medical expert in this regard.

    /s/ *Bess M. Brewer*
        (*As authorized on* December 27, 2007)

Bess M. Brewer
Attorney at Law

Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney


By: /s/ *Gina Shin*
        (*As signed on* December 27, 2007)

Gina Shin
Special Assistant U.S. Attorney

Attorneys for Defendant


Of Counsel:
Lucille Gonzales Meis
Chief Counsel, Region IX
United States Social Security Administration


      PURSUANT TO STIPULATION, IT IS ORDERED that the administrative decision at issue in this action is reversed and the case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The Clerk of the Court is directed to enter judgment in favor of plaintiff pursuant to this order. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

DATED: January 8, 2008.

                                      /s/ Dale A. Drozd
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/dean0529.stipord.remand